COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-10-043-CV

JIM SHAW, DEFENDANT-SURETY APPELLANT

V.

THE STATE OF TEXAS APPELLEE

------------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1)

------------

Through a letter that we sent to appellant Jim Shaw on February 10, 2010, we have given him an opportunity to explain why his notice of appeal was untimely filed
(footnote: 2) and why this appeal should not be dismissed for want of jurisdiction.  He has not done so.  Accordingly, we dismiss the appeal for want of jurisdiction.  
See 
Tex. R. App. P. 25.1(b), 26.1(a)(1), 42.3(a), 43.2(f); 
Crites v. Collins
, 284 S.W.3d 839, 840 (Tex. 2009) (indicating that the timely filing of a notice of appeal is jurisdictional); 
Wilkins v. Methodist Health Care Sys.
, 160 S.W.3d 559, 564 (Tex. 2005) (same).

PER CURIAM

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DELIVERED:  March 18, 2010  

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.

2:
The trial court signed its final judgment on October 16, 2009.  Although appellant timely filed a motion for new trial on November 13, 2009, he did not file his notice of appeal in the trial court until February 3, 2010, and it was therefore untimely. 
 See
 Tex. R. Civ. P. 329b(a); Tex. R. App. P. 26.1(a)(1).